UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| USDC SDNY | | |
| DOCUMENT | | |
| ELECTRONICALLY FILED | | |
| DOC #: _____ | | |
| DATE FILED: 9/10/2024 | | |

CFG MERCHANT SOLUTIONS, LLC,      :
                                  :
                                  :
                  Plaintiff,      :        **ORDER**
                                  :
        -v-                       :        23-CV-9650 (LJL) (HJR)
                                  :
RHEA BIRUSINGH, ET AL.,           :
                                  :
                  Defendants.     :
------------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated September 9, 2024, this case was referred to me for settlement. The parties are directed to advise the Court within 7 days when they wish to schedule the settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties.

The settlement conference shall be conducted in a courtroom at 500 Pearl Street. The parties may make an application for the settlement conference to take place via video conference in their letter-motion to the Court. Any such application must be with the consent of all parties and shall provide an explanation as to why the parties are unable to attend the settlement conference in person.

**SO ORDERED.**

Dated: September 10, 2024
       New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge

1