USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFG MERCHANT SOLUTIONS, LLC,

               Plaintiff,

-v-

RRAL ENTERPRISES, LLC D/B/A ACCESS DIAGNOSTIC INSTITUTE, RHEA BIRUSINGH,

               Defendant(s).

**ORDER**

23-CV-9650 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties' confidential settlement letters and acknowledgement forms were due on September 19, 2024, five business days in advance of the settlement conference now scheduled to take place on Thursday, September 26, 2024. *See* Doc. No. 22. As of September 23, 2024, neither party has submitted the required settlement materials. Chambers staff reached out to each party on September 20 and 23, 2024 by email and phone, but neither party has submitted the required settlement materials. Additionally, at least one party has suggested that an adjournment could be appropriate.

Accordingly, the settlement conference currently scheduled to take place on September 26, 2024 is hereby adjourned. The parties are directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo. Further, the parties are directed to email RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or the pro se litigant if they are unrepresented, to reschedule the

settlement conference for a time when they believe it would be productive and by which time the parties will be prepared to submit the required settlement materials.

**SO ORDERED.**

Dated: September 23, 2024
      New York, New York

Hon. Henry J. Ricardo
United States Magistrate Judge