```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                     :

CFG MERCHANT SOLUTIONS, LLC,          :

                    Plaintiff,                      :

                                                                       :              23-cv-9650 (LJL)

            -v-                           :

                                                                        :              <u>ORDER</u>

RRAL ENTERPRISES, LLC D/B/A ACCESS   :
DIAGNOSTIC INSTITUTE; RHEA BIRUSINGH,  :

                                         :

                    Defendants.                :

                                                                        :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        On September 9, 2024, the Court ordered Defendants to answer the complaint by September 10, 2024.  Dkt. No. 18.  No answer has yet been filed.  Defendants are ordered to file an answer no later than November 12, 2024.  Failure to answer the complaint by that date may be deemed an admission of each allegation requiring a responsive pleading.  Fed. R. Civ. P. 8(b)(6).

        A telephone conference is presently scheduled for November 15, 2024 at 2PM.  The parties shall be prepared to inform the Court as to the status of the case and settlement conversations at the conference.

        SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge