```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CFG MERCHANT SOLUTIONS, LLC,                                       :
:
Plaintiff,                                                         :
:                    23-cv-9650 (LJL)
-v-                                                                :
:                         ORDER
RRAL ENTERPRISES, LLC D/B/A ACCESS                                 :
DIAGNOSTIC INSTITUTE; RHEA BIRUSINGH,                              :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On November 15, 2024, the Court held a telephonic status conference. For the reasons stated at that conference, Defendants' answer filed November 15, 2024, Dkt. No. 26, is deemed to be timely filed, without objection from Plaintiff.

The Court will hold a telephonic scheduling conference on December 6, 2024 at 4 PM to set a discovery schedule for this case. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

By November 22, 2024, the parties shall submit a letter advising the Court as to whether a settlement conference has been scheduled with Magistrate Judge Henry J. Ricardo. If a settlement conference has been scheduled, the parties shall request that the December 6 hearing be adjourned.

SO ORDERED.

Dated: November 15, 2024                    _____
       New York, New York                        LEWIS J. LIMAN
                                              United States District Judge